No. 699. FAR EAST CONFERENCE ET AL. *v.* FEDERAL MARITIME COMMISSION ET AL.; No. 700. PACIFIC COAST EUROPEAN CONFERENCE *v.* FEDERAL MARITIME COMMISSION ET AL.; and No. 703. FAR EAST CONFERENCE *v.* FEDERAL MARITIME COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. *Herman Goldman, Elkan Turk, Jr., Seymour H. Kligler, Burton H. White, Elliott B. Nixon* and *Arthur E. Tarantino* for petitioners in No. 699. *Henry R. Rolph* for petitioner in No. 700. *Herman Goldman, Elkan Turk, Jr.,* and *Seymour H. Kligler* for petitioner in No. 703. *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Irwin A. Seibel, James L. Pimper* and *Robert E. Mitchell* for respondents. Reported below: 119 U. S. App. D. C. 110, 337 F. 2d 146.

No. 588. RUSS *v.* SOUTHERN RAILWAY Co. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE BRENNAN and MR. JUSTICE GOLDBERG are of the opinion that certiorari should be granted. Petitioner *pro se. Hugh B. Cox, Stanley L. Temko* and *W. Graham Claytor, Jr.,* for respondent.

No. 690. AMERICAN INTERNATIONAL ALUMINUM CORP. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Emanuel Levenson* for petitioner.

No. 353, Misc. COMLEY *v.* UNITED STATES; and No. 399, Misc. CHOW *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States. Reported below: 334 F. 2d 343.